UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SHBIEN CROSS,

        Plaintiff,

v.

FIDELITY NATIONAL FINANCIAL INC., et al.,

        Defendants.

C16-1867 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' stipulation and joint motion to amend scheduling order, docket no. 14, is GRANTED in part and DENIED in part. The Court EXTENDS the deadline to file motions related to discovery to February 5, 2018, and the deadline to complete discovery to March 2, 2018. All other deadlines will remain the same.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 5th day of January, 2018.

                                        William M. McCool
                                        Clerk

                                        s/Karen Dews
                                        Deputy Clerk

MINUTE ORDER - 1