|  |  |
|---|---|
| ERIN M. STINES<br><br>               Plaintiff,<br><br>  v.<br><br>FIDELITY NATIONAL FINANCIAL INC., et al.,<br><br>               Defendants. | C16-848 TSZ |
| SHBIEN CROSS,<br><br>               Plaintiff,<br><br>  v.<br><br>FIDELITY NATIONAL FINANCIAL INC., et al.,<br><br>               Defendants. | C16-1867 TSZ<br><br>MINUTE ORDER |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) The parties' Stipulated Motion for Continuance of Trial and Related Deadlines, docket no. 64 in C16-848, is GRANTED in part and DENIED in part as follows. The current trial date and any future pretrial deadlines, including those set forth in the Court's May 5, 2017, Minute Order, docket no. 38, are hereby STRICKEN. The

MINUTE ORDER - 1

Court will promptly reset the trial date after it rules on Plaintiffs' Motion for Consolidation, docket no. 62 in C16-848 (the "Motion for Consolidation").

    (2)    The parties' Stipulated Motion for Continuance of Trial and Related Deadlines, docket no. 17 in C16-1867, is DENIED without prejudice. Should the Court grant the pending Motion for Consolidation, the Court is inclined to use the existing trial date in C16-1867 of June 4, 2018, for the consolidated trial along with the related pretrial deadlines, including those set forth in the Court's Minute Order Setting Trial Date and Related Deadlines, docket no. 9 in C16-1867.

    (3)    The Court SETS a hearing on Thursday, February 15, 2018, at 11:00 a.m. to consider the Motion for Consolidation and to set a firm trial date in these cases.

    (4)    The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of January, 2018.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk