5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8
9
10
11
12
13
14
15
16
17
18

| | |
|---|---|
| ERIN M. STINES<br><br>    Plaintiff,<br><br> v.<br><br>FIDELITY NATIONAL TITLE GROUP INC. and JAY LEVITCH,<br><br>    Defendants. | C16-848 TSZ<br>(Consolidated with C16-1867) |
| SHBIEN CROSS,<br><br>    Plaintiff,<br><br> v.<br><br>FIDELITY NATIONAL TITLE GROUP INC.,<br><br>    Defendant. | MINUTE ORDER |

19   The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

20
21
22

  (1) Plaintiffs' Motion for Consolidation Pursuant to Rule 42(a), docket no. 62 in 16-848, is GRANTED. "[C]onsolidation is within the broad discretion of the district court." *In re Adams Apple, Inc.*, 829 F.2d 1484, 1487 (9th Cir. 1987). The Court finds that these actions involve common issues of law and fact and that a joint trial will promote efficiency and conserve judicial resources. The Court also concludes that the

23

MINUTE ORDER - 1

1 | interests of judicial economy outweigh any potential prejudice that might result from a joint trial.

2 | (2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of February, 2018.

                                                  William M. McCool  
                                                  Clerk

                                                  s/Karen Dews  
                                                  Deputy Clerk